UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
JOSE DELGADILLO,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.
--------------------------------------------------------------X

JUDGMENT
04-CV- 0790 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 1 2 2006 ★
BROOKLYN OFFICE

      An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on December 29, 2005, granting the motion for summary judgment for the reasons stated on the record; dismissing the case; ordering that costs and disbursements to the defendant are granted, but stayed; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted; that the case is dismissed; and that costs and disbursements are granted to the defendant, but stayed.

Dated: Brooklyn, New York
       January 09, 2006

                                              ROBERT C. HEINEMANN
                                              Clerk of Court